OPINION — AG — WHETHER OR NOT THE COURSES COMPLETED BY AN INDIVIDUAL LAW SCHOOL STUDENT, LEADING TO A LLB OR A JD DEGREE, QUALIFY AN APPLICANT FOR A REAL ESTATE BROKER LICENSE UNDER THE PROVISIONS OF 59 O.S. 1977 Supp., 858-303 [59-858-303] AND 59 O.S. 1977 Supp., 858-304 [59-858-304] IS A QUESTION OF FACT WHICH MUST BE DETERMINED BY THE OKLAHOMA REAL ESTATE COMMISSION IN APPLYING RULE 101 OF THE OKLAHOMA REAL ESTATE COMMISSION RULES. CITE: 75 O.S. 1971 301 [75-301](2) (LARRY D. BARNETT)